

Dear Sir,

At the request of Brad Strobel, I'm writing this letter regarding his son, Steven. Truthfully, I have no idea why he asked me, or what the letter is for. In the interest of full disclosure: although Mr. Strobel is my immediate superior at the High School where I work part-time, and while we're friendly inside school and out, our families don't mix socially.

My personal history with Steven Strobel is mainly through the 2 yrs. he was my Spanish language student when he was at CHS. I found him to be somewhat reserved, but friendly. He was intelligent + well-prepared, the type of student that teachers appreciate. If I recall correctly,



EXHIBIT

B1

he was active in various school organizations, sports and music. The school community was so pleased & proud when he chose to become a music teacher — which makes his current situation so difficult to comprehend. His once bright future & his good name sullied — what a shame, what a loss.

My experience with Steven the adult has been limited to a few conversations regarding securing his help with some yard work in the past. I found him to be much like the youth I remembered — just more mature — an interesting & well-spoken young man.

So much for my recollections & observations; I hope you will find them in someway useful.

Sincerely yours,

Arene Patlan

**Alan B. Becker**

1718 California Street
Jefferson City, MO 65101
573-680-1495   dabbp.jc@outlook.com

May 30, 2015

Scott Hamblin
312 East Capitol Avenue
Jefferson City, MO 65102

Re: Stephen G. Strobel

The purpose of this letter is to provide my unqualified character reference for Stephen G. Strobel.  I have
met routinely with Mr. Strobel for the past eight months and have gotten to know him rather well.  We
attend support group meetings together for Sex and Love Addicts Anonymous (SLAA).  He has been
faithful throughout this time in both attendance and participation.  He is open and honest with the
group concerning his struggles, as well as his successes.   He provides solid, reliable feedback and is
eager to take and implement recommendations from various group members.

In my opinion, Mr. Strobel should be a great candidate for probation rather than incarceration.  In
acknowledging his offense and taking a variety of steps to positively change his behavior he has earned
my respect.  I think he is a low risk for any type of future problems.

Sincerely,

Alan B. Becker

EXHIBIT
B2

# Counseling Department

## Osage County R-1 Schools
## 614 South Poplar
## Chamois, MO 65024

April 29, 2015

Your Honor:

I am writing in reference to Stephen Strobel. I have known Stephen since he was a young child. I taught him in all four of his high school English classes in addition to observing him in high school activities. Had anyone asked me if I would ever need to write a letter because Stephen was in this situation, I would have said that was ludicrous.

Stephen was a gentleman. I have talked with him since the incident that brought him into the court system. He is still a gentleman. He continues to address me as 'Mrs. Paulsmeyer' years after his graduation whereas less respectful students can't wait to call me by my first name.

Stephen's grades and abilities qualified him to pursue any career he wished following high school. He chose, however, to be a music teacher because of his love for music. His charges did not involve any student he was directly in contact with. I have been told by colleagues in his former school system that their students were stunned by his charges, which reinforces my belief that he would have never committed his charged offense in person.

Since his release from jail, Stephen has kept an extremely low profile in our community. I talked with him at length last fall at the wedding of a former student, a high school classmate of his. He referred to himself as a male Hester Pryne, the accused person in Nathaniel Hawthorne's The Scarlet Letter. He has been occupying his time reading many classic novels and we discussed those books.

Thank you for taking the time to read this letter. I hope it has helped you to see Stephen as I do, a fine young man who made a bad decision.

Sincerely,

Sabra Paulsmeyer
Chamois High School English teacher and counselor

EXHIBIT

B 3

April 27, 2015

Your Honor,

My name is Jennifer Keilholz. I am the High School Secretary at Chamois High School. I have known Stephen Strobel for eighteen years. I have watched him and his brother, along with my children, and many more grow up, graduate, and go out into the world.

Of all the kids that have come through my office, Stephen was definitely a stand out student. He has always been a well mannered, respectful and polite young man. His junior year he invited my daughter, a freshman, to Prom as a friend. I would not have let her go with him if I believed he would be anything but the respectful gentleman I knew him to be.

Stephen was a bright, well rounded student. He participated in sports, various organizations, activities, academics and band. The staff at CHS knew he could accomplish any goal he set. He chose his love of music and wanted to share that with others.

I understand that Stephen will be appearing in your court. Of all the students that I have known, Stephen, was one of the last people I would have expected to be in this situation. It seems completely out of character for him. Since these events, Stephen has kept a low profile around town. I believe he regrets his actions, and, because it is a small town, does not want to cause more pain to his family or disappoint those who he grew up around.

Thank you for your consideration.

Jennifer Keilholz

Jennifer Keilholz

EXHIBIT

B4

tabbies®

To whom it may concern,                    May 21, 2015

I am writing in regards to Stephen Strobel. I have known Stephen almost his entire life. My sons attended the same babysitter and spent a great deal of their growing up years together. My older son is just one year younger and has looked to Stephen as a mentor. They were both percussionists in the high school band.

I have also known Stephen as a student in my classroom. I have been a Family and Consumer Sciences teacher at Osage Co R-1 for 28 years. During his 7th-12th grade years, Stephen was an A student in my classes. He was quiet, mannerly and friendly while being a leader to his class mates and peers. He participated in cross country, basketball and track as well as participating in Academic Bowl and Student Council. He was also an active member of Family, Career and Community Leaders of America of which I was the advisor. I chaperoned him and other members to numerous workshops, events and conferences. He always represented himself and our school appropriately.

EXHIBIT

tabbies

B 5

Stephen was the local FCCLA chapter President for two years and was elected Regional First Vice President which required our school to sponsor Regional Competition. Stephen presided over the event. He was also chosen as one of fifty FCCLA members from the state to participate in FCCLA Legislative Shadowing. Stephen spent a day with the State Representative from our district. He was also one of two who reported about their Shadowing experience to 2000 members and advisors at State Leadership Conference. In conclusion, I honestly do not know how to describe my confusion at the turn Stephen's life has taken.

Sincerely

Lori S. Hagenloff

April 28, 2015

To Whom It May Concern;

I am writing this in regards to my nephew, Stephen Strobel.

Stephen has always been a good, thoughtful person with enough intelligence that he could have had any career of his choosing. Instead, he chose the noble profession of education so as to share his music talent with others. I do not believe making money was ever a priority, just bringing out the best in others.

Having said all of that I realize Stephen's attributes pale in comparison to what he has done. He is a grown man and not a victim but a perpetrator and deserves to be punished. My heart is breaking for Stephen but more so for the innocent children who have been violated by Stephen and probably many others.

Stephen has ruined his career and his charmed life as he knew it. There will never be complete trust again, even in his family. We, as a family, are here to support Stephen and help in his recovery but as I said before, I do believe Stephen needs to be punished. I just do not believe prison time would be the answer. He will never be able to be able to put his life back together and leave this behind. I also believe he truly knows what he has done is wrong and is working hard to fix that part of himself. His family is now diligent in our questions about his treatment and progress and no longer believes he is deserving of any privacy.

As the mother of a daughter and the grandmother of girls age 12, 13 and 15 I do not ask this lightly but would appreciate your considering a punishment without prison. I would like to see Stephen publicly reaching out and supporting the victims of this type of crime and working towards educating parents and teens to the dangers of the internet.

Thank you for your time.

Sincerely,

Nancy Strobel

**EXHIBIT**

B 6

April 20, 2015

Scott Hamblin

312 East Capitol Ave

P. O. Box456

Jefferson City, Mo.65102

Dear Sir,

   Re: Steve Strobel

I am a resident in the community of Chamois and have known Steve Strobel for at least ten years. He has mowed the lawn, painted the decks and porches, repaired or installed fans in the house, put birdhouses up and repaired the lights around the house just to name a very few things he has assisted with in the past. He has been very trustworthy, comes to work when scheduled, completed the job completely and correctly.

You see, I travel in my work and if I need something fixed I call Steve and leave a list of things to be done on the table and Steve completes them. He has a key to the house and he repairs items on the list and is approved to charge supplies at several places on my accounts. He has done lawn work, carpentry work, painting and an all around repair person.

Yours truly

Wanda Rau

Health Care Consultant

P. O. Box 74

Chamois, Mo

65024



April 20, 2015

Christine Hannis
· 2536 West Delmar Street
Springfield, Missouri 65802
(573) 645-5226

To Whom It May Concern:

I have been asked by Stephen Strobel to provide him with a character reference letter. It is with absolute pleasure that I honor his request. I have known Stephen Strobel for thirteen years through our years spent in middle and high school, in addition to our years spent attending Missouri State University. Whether it was through band, sports, classes, or extracurricular activities, Stephen and I always found ourselves participating in the same activities. Throughout the past thirteen years, I have been able to witness Stephen grow both professionally and personally.

It is not often that you meet someone with Stephen's level of intelligence, motivation, and desire to excel. Stephen consistently sets goals for himself and meets each goal with ease. Stephen possesses the ability to take on multiple projects at once, balancing his various responsibilities and keeping each individual project/goal moving forward. During the time that I have known Stephen, I have witnessed him overcome many obstacles and balance several responsibilities. I am able to describe Stephen as organized, hard-working, smart, selfless, and a true team player.

I would have to say that I am one of Stephen's oldest friends, so I can confidently say that Stephen is one of the best guys that I have ever met. He is not only caring and passionate about a variety of items and topics, but he possess the work ethic and skills to succeed at any task thrown at him. The recent charges and allegations made against Stephen came as a surprise to me. However, I am a person who believes that everyone is human and thus makes mistakes in life. Out of the thirteen years that I have known Stephen Strobel, I can honestly say that this is the biggest mistake that he has ever made. The incident was a huge wake up call for him, and he now works even harder than he already did to prove himself to everyone around him. Stephen has never wanted this situation to define him as an individual, but he is also not afraid to admit that he made a mistake, because he knows that others can learn from his mistake and situation as well. Since these allegations and charges have been made against Stephen, he has had to overcome a lot in just a short amount of time. Stephen has worked effortlessly to try to correct the mistakes that he made that lead to the charges and allegations being made against him. He has held down two jobs, sought out opportunities to help others out, and assisted the prosecuting attorney by providing vital information to his case. Everyone makes mistakes in life and I believe that Stephen understands the mistake that he has been made and deserves a second chance. I know that others would agree with me when I say that if anyone deserves a second chance, it is Stephen Strobel.

If you have any further questions or comments regarding my letter, please feel free to contact me. Thank you for taking the time to read this character reference letter for Stephen Strobel. I hope that you take my words into consideration.

Sincerely,

Christine Hannis

EXHIBIT
B 8

Jeremy McKague
404 E 4th St.
Chamois MO 65024

4-16-15

To Whom it may concern.

My name is Jeremy McKague. I am a mathematics teacher and former coach at Osage R-1 High
School. I am writing to you on behave of Stephen Strobel.

I was an instructor and coach to Stephen during his time in Junior High and High School.
Stephen was one of the most well behaved and responsible students I have ever seen in my 12
years of teaching. I understand that he has run into some trouble. This is not the Stephen I
know. He made a mistake and needs help overcoming his problems. Please take into
consideration the entire picture when deciding the best course to continue.

[

Sincerely Jeremy McKague

Jeremy McKague
Math Instructor
Osage R-1

EXHIBIT
B9
tabbies

To Those Concerned

I have known Steven Strobel since he began elementary school at Osage R.I. Chamois Mo.

He has always been polite, concerned and Kind. Last year my husband and I hired Steven to make repairs and paint our house. He was punctual, hardworking and trustworthy. He did a very good job without any complaints or concerns from us. He worked very hard in a timely manner and took great care to do the repairs and paint as we asked.

I find Steven to be conscientious and trustworthy. He is an intelligent young man, very impressive and totally honest.

Sincerely Vernon & Glenda McKague R.N.
209 South Cherry Street
Chamois, Mo. 65024

573-301-0475

EXHIBIT

B10

April 21, 2015

I have known Steven Strobel for many years. I live in Chamois a very small town. My grand daughter was in his class in high school. They were good friends as their senior class was small, all of the kids gathered together for fun times. Steven was very well liked & extremely intelligent. He was class valedictorian.

He has cut our grass for the past two years. My husband was disabled & Steven would do anything to help us. He is a very trustworthy young man. We had hired him to lay the decorative bricks along our house, also he built a beautiful landscaping flower bed on our retaining wall. He did this all on his own. We are so pleased with his design with all of the landscaping.

He has been such a blessing to us. We miss him since he moved to Jefferson City. He was so kind to come to my husband's funeral . He seems happy living in Jefferson City & enjoying his job.

Every one makes mistakes & sure that he is truly sorry for his.

We think very highly of Steven & wish the best for his future.

Joni Boss        *Joni Boss*
8500 Hwy 89 N
Chamois Mo 65024

EXHIBIT
B 11

Dear Scott Hamblin,

My name is Kyle Burkett. I am a former teacher and coach of Stephen Strobel. I am simply writing this letter to explain the Stephen that I knew while he was growing up and attending school at Chamois.

Stephen was a student that got involved while he was at school. Not only did he work hard at academics, he was also involved in several extracurricular activities. Stephen excelled in band, and academic bowl. Stephen also participated in cross country, track, and basketball. He was never the most talented athlete but he was always one of the hardest workers on the team.

Stephen has obviously made some mistakes recently. I hope you take the old Stephen into consideration when figuring out the best way to rehabilitate him.


Thank You,

Kyle Burkett

EXHIBIT

B 12

To Whom It May Concern

   I am writing you a short note on behalf of
Stephen Strobel. For the past 25 years Brad Strobel
has been one of my best friends. I have known
Stephen & Eli (Stephens brother) pretty much their
whole lives. Both boys were excellent students
and were active in several school activities.
Brad, Stephen, & Eli have all been great additions
to the Chamois community by being upstanding
citizens & go out of their way to help others in
their time of need.

                    Thank You!
                     Stacy Cramer

EXHIBIT
B13

721 County Road 322
Chamois, Missouri 65024
April 27, 2015

Scott Hamblin
312 East Capitol Avenue
P.O. Box 456
Jefferson City, Missouri 65102

Dear Sir:

I am Susan Wolz, retired secondary English/speech teacher and current part time K-6 professional school counselor at Osage R-1, Chamois. I have been a part of the school district and community for the past forty years. Stephen Strobel's father, Brad Strobel, has asked me to write about the student that I knew and worked with as Stephen grew up in our school district and community. I have known his parents for some twenty-five plus years and Stephen since infancy. I have interacted with Stephen throughout our school's comprehensive guidance program and taught him in junior high exploratory speech. He has been in my home with his friends from time to time, one of them having stayed with us as her parents transitioned jobs and a relocation.

The Stephen that I knew and remember had a ready smile, was courteous, and willing to contribute to the classroom discussions with insightful ideas. He was of gifted intelligence, of average athletic ability, and well liked both by his classmates and adults. He was well liked even though he was quiet, exceptionally smart, the principal's son, and the player on the bench for sports. Stephen was also the kid that was willing to help when things needed done. One of his college acquaintance commented that he hadn't known him well but had liked his witty comments.

I saw shock and sadness across face book when the news story broke. There were the ugly, not fit to live remarks from people who didn't know him following the news article; but from those who did know him, there was absolute shock and great sadness.

Sincerely,

Susan Wolz

EXHIBIT

B 14

April 28, 2015

To whom it may concern:

My name is Robert Dix. I am the assistant instructor at the Springfield Aikido School. Stephen Strobel was a student of mine for four years, while he was also attending Missouri State University. Not only did I see him in class, but we spent time together off the mat as well. I found him to be a very focused and engaging individual. I was very sorry when he graduated and moved on to his first teaching position. However, we did get to see him occasionally at seminars and we would talk every so often.

I was extremely shocked to hear what happened to him – I would never have guessed he would have gotten caught up in such a situation. In my opinion, I think he over-estimated his commitments as a band director/ assistant coach, and whatever else he took on as a young educator. He became stressed and overwhelmed, and sought relief in a not-so-healthy way. However, I don't think he was a danger to young girls either then or now.

As a matter of fact, I have offered to let him come stay with me if he wishes for a fresh start somewhere after all his legal troubles are behind him. I think Stephen is a good person who made a mistake; one that cost him his chosen career and standing in the community. I think he has suffered enough.

Sincerely,

Robert Dix

EXHIBIT

315

## Osage R-1 School District

Brad Strobel
*High School Principal*
(573)763-5393

614 S. Poplar Street
Chamois, Missouri 65024
Phone (573)763-5666
Fax(573)763-5686

Dee Luker
*Elementary Principal*
(573)763-5446

Mike Bumgarner
*Superintendent*

Scott Hamblin
312 E. Capital Ave.
P.O. Box 456
Jefferson City, Mo 65102

April 30, 2015
Re: Character reference for Stephen Strobel

Your Honor,

This letter in being written by the undersigned on behalf of Stephen Strobel who is being tried for Child Porn. Having known Stephen for almost 9 years now, I was taken aback when I heard of the charges filed against him. We first met when I was his track coach in high school and this entire incident seems extremely out of character for someone as upright as Stephen.

I first met Stephen when I became the head track coach at Chamois High School. Stephen was the first one to get to practice on timely basis. He did what he was required to do in practice and at the meets. He participated in different events and he gave all he had in each race. One time at a track meet I made the decision to not put him as a sub for a relay and he did not say anything about the decision. When it was all said and done, I made a mistake and he should have been the one running. He was very respectful of the decision and did not say anything about it.

I am aware that Stephen is being tried because he has supposedly broken the law but I believe that if true, it could only due to bad influence. I strongly feel that if that is the case it would better serve the community and Stephen that he be not sent to prison. A term in prison would only cause the society to lose a citizen who could be a valuable asset.

He is a good person who deserves a chance. Convicting him and sending him to prison would only expose him to further bad influences. I humbly ask you to please give him an opportunity to set his life back on track and not let a bad decision alter his life's direction.

If you have any further questions, please feel free to contact me on 573-821-1875

Yours Sincerely,

*John Dale Smith*

**EXHIBIT**

B16

Your Honor,

My name is Cassandra Collier, and I am an information technology professional working in the oil and gas industry in Houston, TX. I have been close friends with Stephen Strobel for several years and the intent of this letter is to allow you further insight into his character.

Stephen and I met through a high school band program a couple of years before we attended college together at Missouri State University. We played together in the university marching band, lived in the same residence hall, had a plethora of mutual friends, and spent most of our time together in the early years of our college careers. I asked Stephen to be an usher in my wedding shortly before his arrest.

I have always known Steve to be incredibly intelligent, hardworking, and kind. He has a huge heart and a genuine empathy for everyone he meets. I am consistently drawn to him because of these qualities and his ability to weather stressful moments with a caring smile.

It is my honest belief that Steve has already suffered immensely in light of his recent actions. Steve has always wanted to be a high school band director – I can remember this being his dream all the way back to when we met as high school students ourselves. Given that he will never achieve this dream again with a sex offender status, I cannot even imagine or explain the level of heartbreak he must be going through. Teaching meant everything to him and now he has lost this huge part of his life – the part that he worked toward by attaining a nearly perfect GPA in college.

Given that Stephen has lost his career, many of his friends and family, and all his future plans, I think a harsh sentence would be an unjust hardship for him. There is no doubt in my mind that he has nothing but regrets for his recent actions. He has shared with me he feels his therapy sessions are helping him. With continued therapy, Stephen could be a true contributing member of society for many years to come, rather than being a cost to society through the prison system. The fact that Steve managed to find a job so shortly after his arrest (after being turned down due to his record at many places) proves that he will work hard to continue to contribute as long as he is able.

Stephen has always been a great person and now he is simply a great person who made some very decisions. I simply can't reconcile the person I know with the actions he took recently, which I think speaks volumes of his character. I hope that Steve is given the opportunity to resolve his problems through therapy and contribute to society.

Thank you for your consideration.

Respectfully,

Cassandra & Collier

Cassandra Artman Collier

Your Honor

My name is Jeff Collier and I am a 5th -12th grade band director working in near Houston, Texas. Steve and I have become close friends through the band program at Missouri State. In fact ne was even supposed to serve in the wedding party at my wedding.

Stephen has always been an incredibly intelligent. He maintained a near perfect GPA in college and was in all of the top musical groups and classes with me. I have always known him as one ot the most caring and hardworking individuals that I know. He is a passionate musician and worked diligently at everything he did. It was his dream to be a band director and when he was able to fulfill that dream he was starting to become a real success. Out of all my friends I always thought the Steve would be one of the most successful teachers that I knew. This is due to his character, work ethic, intelligence, and many other factors that have gone into making Stephen one of my close friends.

Being a teacher I understand the severity of the charges brought against Stephen. In knowing Stephen though I do not think these were the acts of a horrible person, but rather a confused individual who had lost his way for a little while. I do not think there is any punishment that can be put on Stephen that is worse than the pain he has already suffered. He will most likely never teach again, he struggled to find work, and it has brought a great deal of pain to him and his family. I hope that you may be lenient in your sentencing considering how much he has already suffered.

He is a great person who has made a mistake and is seeking to correct it. I know that he feels he is already making strides in therapy sessions and has great regret for his actions. I fully believe he has learned from this mistake and will be eager to prove this by continuing to get the proper help. This is why I feel a long prison sentence will just hinder his ability on getting his life back in order. If I know Stephen, he will take full responsibility for these crimes and do everything in his power to correct them. This will become difficult if he is unable to use the support system of his family and friends for an extended period of time. I know that once this all comes to fruition that Stephen will be a great contributing member to society upon his release. I ask you to consider all of these factors as you make your decision.

Sincerely,

Jeff Collier

Jeff Collier

EXHIBIT
B 17

Liz Stafford
1130 W Whiteside
Springfield, MO 65807

April 26, 2015

Dear Honorable Judge,

This is a letter of character for Stephen Strobel. My name is Liz Stafford and I am a music teacher in Springfield, Missouri. I have known Stephen for approximately 7 years. We met in college and became close in both profession and in friendship. We both grew up with a passion for teaching music and had many great learning experiences together. We quickly discovered he attended the same high school as my mother in the tiny town of Chamois, Missouri.

His small town mentality affords Stephen some of his best qualities. I know Stephen to be a humble, quiet, and hard working person. He always knew he wanted to be a band director in a small town, similar to the town he grew up in. He wanted to make a difference for kids who did not receive the same opportunities as those in larger schools. His wish was fulfilled when he was hired as the band director in the town of St. Elizabeth. He spoke so fondly of the school he worked in and the progress his students had made. He worked hard to acquire better instruments for the students to play and to provide more performance opportunities.

I am aware of the events regarding Stephen Strobel's case. I know that it led to the end of his career as a teacher. I truly believe he has suffered greatly due to his actions. He can no longer work in the profession he has always wanted, the profession for which he studied intensely. He's lost credibility in the public eye and has a terrible stigma attached to him that will follow him for the rest of his life. I know he is extremely regretful of his actions.

Despite his crime, I still know Stephen to be the same down-to-earth, humble, reserved, and hard working person. He is determined to make amends and live in a meaningful way. He has so much left to offer in his life and I would hate to see his potential go to waste.

I ask for you, the judge, to grant Stephen Strobel probation or the lowest possible sentence. I believe that the loss of his credentials, the loss of his envisioned vocation, and the loss of respect in the community, will take a bigger effect than keeping him out of society. He will not put himself in a situation to repeat his offense and I cannot imagine that he will ever engage in any illegal activity.

Sincerely,

Liz Stafford

EXHIBIT

B18

May 5, 2015

Scott Hamblin
312 E. Capitol Avenue
P.O. Box 456
Jefferson City MO 65102

Dear Mr. Hamblin,

I am writing in support of Stephen Strobel and want to add my name, and this letter of reference, to the list of people strongly supporting Stephen Strobel. Some background to put my relationship with Stephen in context. I am his uncle – his father's older brother. I am 61 years old, married, a father of 3 boys (33, 17, and 15), and have known Stephen and Eli since they were born. Stephen, Eli, and my mother would stay with us for a few weeks each summer when they were young (at the time, we lived in Mystic, CT) and we would explore the Northeast together. As a result, my family had the privilege of spending extended periods of time with Stephen over the years and were able to watch him develop into an outstanding young man.

From early on, due to his parents demanding professions and work schedules, Stephen was required to take on a great deal of responsibility for caring for his younger brother....which he did with maturity, consideration, patience, and kindness. Not many children his age would have been that responsible and selfless in helping care for a younger sibling. I never heard him complain about those responsibilities or express his reluctance to help care for Eli...even when his younger brother made his life difficult – like all young children do towards their older siblings. My observation is that, as a result, Eli and Stephen have an extraordinary friendship and love for each other that I hope my boys will emulate as they get older. Another observation I have, based upon watching Stephen interact with his grandmother during those extended summer visits with our family...he was extremely caring and patient with her and was always willing to help her in any way she needed, always had an upbeat and cheerful demeanor with Mom in his interactions with her...and maintained a close and considerate relationship with Mom as she descended into dementia and then Alzheimer's in her later years. Stephen was one of the few grandchildren who came to visit her in the nursing home, who helped brighten her days and spent time with her when he could have easily used that time to pursue his own interests and activities in a setting much more cheerful and upbeat than a nursing home. Personally, I have always found Stephen to be mature and intelligent way beyond his years. I, my wife, and our 3 boys have always enjoyed and valued the opportunity to spend time with Stephen and stay current with his life, his interests, and his accomplishments. For a person as young as Stephen, he is one of the brightest, most thoughtful, well read, and most engaging people I know.

Stephen's academic record confirms his intellectual abilities...his accomplishments at the high school and college level attest to his impressive record of intellectual achievements. More importantly is his desire to learn more about the world he lives in...his desire to read about and explore new things and expand his knowledge of the world around him. He chose teaching because he wanted to share his love of music with others...and be able to help others expand their horizons as well. Given that he comes from a tiny town in rural Missouri....his curiosity and desire to learn more about the world and his desire

**EXHIBIT**

B19

to make it a better place speaks volumes to the potential Stephen has to make a positive contribution to his community.

Stephen clearly has made a stupid mistake. He knows it. We know it. More importantly however, I am convinced Stephen will do everything in his power to address this error in judgement, correct it, make sure it never happens again, and move on with his life. Our goal is to help him do that and help him get back on track to realize the amazing potential he has to make something positive with his life.

We dearly love and respect Stephen and truly believe he has wonderful gifts to offer the world around him. Our hope is that the judicial system will recognize that Stephen, despite this one misstep, has a great deal to offer society, is not a danger to the people around him, and will allow him to pay his debt to society in a constructive and productive fashion.

Sincerely,


Chester Strobel
17668 Bridgeway Circle Drive
Chesterfield  MO 63005


636-536-9551      Home

You're Honor,

    I have known Stephen Strobel since 1998. I watched him grow up to be smart & caring young man. He is always kind and caring to everyone he meets. I had Stephen in my computer class and can tell you from experience he was always courteous to other students and me. He loves his family and friends and is always there, if you need him.

Thank You,

Jim Wiegand

Technology Coordinator/Computer Networking Teacher
Osage County R-1 School District
614 South Poplar Street
Chamois, Mo. 65024

Phone (573) 763-5666
Cell (573) 301-7310
Fax (573) 763-5686

Email wiegandj@osager1.com

**EXHIBIT**

B 20